UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARRY ALAN POWELL,<br>Plaintiff,<br>v.<br>SKYRIVER TREATMENT CENTER,<br>Defendant. | CASE NO. C26-2771 BHS<br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Grady Leupold's Report and Recommendation ( R&R), recommending the Court dismiss this 42 U.S.C. § 1983 case and decline to issue a certificate of appealability, based on pro se prisoner plaintiff Powell's failure to pay the filing fee, failure to apply to proceed *in forma pauperis*, and failure to prosecute this action. Dkt. 5.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended

disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

The Court must "review the Magistrate Judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

Powell has not responded or objected to the R&R, and he has not paid the filing fee or applied to proceed *in forma pauperis*. The R&R is neither clearly erroneous nor contrary to law. The R&R, Dkt. 15, is **ADOPTED**, and this case is **DISMSSED**.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 20th day of November, 2026.

BENJAMIN H. SETTLE
United States District Judge